DOCKETED FEB 07 2002

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| TIMOTHY McWARD and JESSICA KNIPPENBERG,<br>　　　　Plaintiffs,<br><br>vs.<br><br>VILLAGE OF HOMEWOOD, an incorporated governmental entity, SGT. MIKE NICKOLAOU, Individually and as a police officer for the Village of Homewood, OFFICER JAMES BOEREMA, Individually and as a police officer for the Village of Homewood,<br>　　　　Defendants. | JUDGE GETTLEMAN<br>No.<br>**02C 0919**<br><br>JURY TRIAL DEMANDED<br><br>**MAGISTRATE JUDGE NOLAN** |

## COMPLAINT

### Jurisdiction

This action is brought pursuant to 42 U.S.C. §1983. Jurisdiction is based upon 28 U.S.C. §1331. Plaintiffs further invoke the pendent jurisdiction of this court to hear and decide any claims arising under state law.

### Parties

1. Plaintiffs reside at 17608 Western Avenue in Homewood, Illinois, and have lived at said address since January, 1999.

2. Defendant, VILLAGE OF HOMEWOOD, is an incorporated governmental entity and owns, operates, manages, directs and controls the Homewood Police Department which employs the other named defendants.

3. Defendant, SGT. MIKE NICKOLAOU, is and was at all times relevant to this action an officer of the Homewood Police Department and acting under color of state law. He is being sued in both his individual and official capacities.

- 2 -

4. Defendant, OFFICER JAMES BOEREMA, is and was at all times relevant to this action an officer of the Homewood Police Department and acting under color of state law. He is being sued in both his individual and official capacities.

## Cause of Action

5. On March 8, 2001, the Village of Homewood Police Department received a report that a 13 year old girl had not returned home since 10:00 p.m. the night before.

6. Two police officers, Sgt. Mike Nickolaou and Officer Jim Boerema were dispatched to investigate the report.

7. The father of the 13 year old girl reported that he had received an anonymous tip that his daughter was with a 21 year old male identified as William Pierce, with a certain telephone number.

8. Said officers checked the telephone number through the Police Information Management System and were advised it belonged to the residence at 17608 Western Avenue.

9. Upon arriving at 17608 Western Avenue, said officers were advised by the police department that the telephone number they were given had been disconnected.

10. Two vehicles were in the driveway of the residence and the officers checked the registration of both vehicles. Neither were registered to William Pierce.

11. At approximately 7:50 a.m., said officers proceeded to the back of the residence and entered the back yard through a closed gate.

12. Said officers then proceeded into the residence by forcibly opening a locked screen door and then pushing on the locked inner door until the door frame around the lock gave way.

13. At no time was a search warrant requested or obtained by the police officers prior to entering Plaintiffs' home.

14. Plaintiffs were asleep in the bedroom of the residence and were awakened when the said police officers knocked on their bedroom door and then entered.

15. Said officers entered Plaintiffs' home without probable cause, consent or a warrant.

16. Said officers demanded identification from Plaintiffs and questioned them regarding the whereabouts of other individuals.

17. Plaintiffs, upon being advised the officers had no warrant to enter the premises, then demanded that the officers leave.

18. The individual defendants acted with malice or with reckless disregard for whether plaintiffs' rights would be violated by their actions.

19. As a direct and proximate result of defendants' actions, while acting under color of state law, plaintiffs were deprived of rights, privileges and immunities secured by the Fourth and Fourteenth Amendments to the United States Constitution and the laws of the State of Illinois, in violation of 42 U.S.C. §1983, in particular, the right to be secure in person and property.

20. As a direct and proximate result of defendants' actions, plaintiffs suffered and continue to suffer serious mental anguish, psychological and emotional distress, and physical pain and suffering, some or all of which may be permanent.

21. As a direct and proximate result of defendants' actions, plaintiffs' property was damaged.

22. Defendant, Village of Homewood, as a matter of policy and practice, has with deliberate indifference failed to adequately discipline, train or otherwise direct police officers concerning the rights of citizens, thereby causing the defendant officers in this case to engage in the unlawful conduct described above.

23. Defendant, Village of Homewood, as a matter of policy and practice, has with deliberate

- 4 -

indifference failed to properly sanction or discipline police officers, including the defendants in this case, for violations of the constitutional rights of citizens, thereby causing police, including defendants in this case, to engage in unlawful conduct.

WHEREFORE, Plaintiffs request the following relief:

A. Award compensatory damages in the amount of $50,000.00 (Fifty Thousand Dollars) against the defendants, jointly and severally;

B. Award punitive damages against each of the individual defendants in an amount to be determined by a jury;

C. Award reasonable attorneys' fees and costs; and,

D. Award such other and further relief as appears reasonable and just.

TIMOTHY McWARD and JESSICA KNIPPENBERG,
Plaintiffs,

By MOORE, SUSLER, MCNUTT, WRIGLEY & ROOT, L.L.C, Their Attorneys,

By:_____
Karen L. Root

KAREN L. ROOT
MOORE, SUSLER, MCNUTT,
  WRIGLEY & ROOT, L.L.C
3071 N. Water Street
Decatur, IL 62526
Telephone: 217 872-1600
    and
MICHAEL J. HELFAND
MICHAEL J. HELFAND, L.L.C.
140 South Dearborn Street
Suite 520
Chicago, IL 60603
(312) 346-5578

Attorneys for Plaintiffs

JS-44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
McWard, Timothy
Knippenberg, Jessica

**DEFENDANTS**
1) Village of Homewood
2) Sgt. Mike Nickolaou, police officer for Village of Homewood
3) Officer James Boerema, police officer for Village of Homewood

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Karen Root, Moore, Susler, McNutt, Wrigley & Root, 3071 N. Water, Decatur, IL 62526
(217) 872-1600 (see attachment)

**ATTORNEYS (IF KNOWN)**

02C 0919
JUDGE GETTLEMAN   MAGISTRATE JUDGE NOLAN

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)
- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | □ 1 | □ 1 | Incorporated or Principal Place of Business in This State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- [X] Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

[Nature of suit checkboxes - "440 Other Civil Rights" is marked under CIVIL RIGHTS]

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

42 U.S.C. §1983. Unlawful entry and search by police officers acting under color of law.

**VII. REQUESTED IN COMPLAINT**
CHECK IF THIS IS A CLASS ACTION
□ UNDER F.R.C.P. 23
DEMAND $ 50,000+ attorneys' fees + costs
CHECK YES only if demanded in complaint
JURY DEMAND: [X] YES  □ NO

**VIII.** This case [X] is not a refiling of a previously dismissed action.
□ is a refiling of case number _____, previously dismissed by Judge _____

DATE 2/6/2
SIGNATURE OF ATTORNEY OF RECORD
/s/ Karen Root

(C) Attachment

Michael J. Helfand, 140 S. Dearborn St., Suite 520, Chicago, IL 60603 (Local counsel)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

In the Matter of

Timothy McWard and Jessica Knippenberg,
v.
Village of Homewood, Sgt. Mike Nickolaou
and Officer James Boerema

DOCKETED FEB 07 2002

JUDGE GETTLEMAN

Case Number: 02C 0919

MAGISTRATE JUDGE NOLAN

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR: Plaintiffs

| (A) | (B) |
|---|---|
| SIGNATURE: Karen Root | SIGNATURE: |
| NAME: KAREN ROOT | NAME: |
| FIRM: Moore, Susler, McNutt, Wrigley & Root | FIRM: |
| STREET ADDRESS: 3071 N. Water | STREET ADDRESS: |
| CITY/STATE/ZIP: Decatur IL 62526 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: (217) 872-1600  FAX NUMBER: (217) 872-1610 | TELEPHONE NUMBER:  FAX NUMBER: |
| E-MAIL ADDRESS: root@decaturlaw.com | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER: 06237987 | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☐ NO ☒ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☒ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE: | SIGNATURE: |
| NAME: | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY/STATE/ZIP: | CITY/STATE/ZIP: |
| TELEPHONE NUMBER:  FAX NUMBER: | TELEPHONE NUMBER:  FAX NUMBER: |
| E-MAIL ADDRESS: | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |